IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

STEVEN MICHAEL BLACKMON

CRIMINAL CASE

No. 2:21-CR-54-SCJ-JCF

ORDER

This matter appears before the Court for consideration of the Non-Final Report and Recommendation of Magistrate Judge J. Clay Fuller (Doc. No. [27][1]), to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that the Government's Consent Motion to Hold an Evidentiary Hearing In Abeyance (Doc. No. [26]) is

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

**GRANTED.** The Hearing on Defendant's Motion to Suppress is **CONTINUED** until the Court holds a status conference in six months.

Additionally, the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial because the failure to grant such a continuance would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i). Accordingly, it is further **ORDERED** that the delay between the originally scheduled deadline and the extended deadline shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act (18 U.S.C. § 3161, et seq.).

IT IS SO ORDERED this __17th__ day of November, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE